FORM B5
(12/02)

| United States Bankruptcy Court<br>EASTERN District of NEW YORK | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Allou Healthcare, Inc.,<br>f/k/a Allou Health & Beauty Care, Inc. | ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden, and trade names.) |
|---|---|
| SOC. SEC./TAX I.D. NO. (If more than one, state all.)<br>11-2953972 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>50 Emjay Boulevard<br>Brentwood, NY  11717 | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Suffolk | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7        ☒ Chapter 11

INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
☐ Individual          ☒ Corporation Publicly Held
☐ Partnership        ☐ Corporation Not Publicly Held
☐ Other: _____

A. TYPE OF BUSINESS (Check one)
☐ Professional        ☐ Transportation    ☐ Commodity Broker
☐ Retail/Wholesale    ☐ Manufacturing/    ☐ Construction
☐ Railroad            Mining               ☐ Real Estate
                      ☐ Stockbroker        ☒ Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS
Holding company for various companies engaged in the sale and distribution of consumer personal, pharmaceutical and non-perishable food products.

VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Allou Healthcare, Inc.,
f/k/a Allou Health & Beauty Care, Inc.

Name of Debtor

FORM 5 Involuntary Petition
(12/02)

Case No _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| Congress Financial Corporation | | |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: 1133 Avenue of the Americas, New York, NY 10036 | Otterbourg, Steindler, Houston & Rosen, PC  Address: 230 Park Avenue, New York, NY 10169  Telephone No. (212) 661-9100 | |
| X /s/ [signature] VP | X Jonath N. Helfat  4/18/03 | |
| Citibank, N.A. | | |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: 388 Greenwich Street, New York, NY 10013 | Otterbourg, Steindler, Houston & Rosen, PC  Address: 230 Park Avenue, New York, NY 10169  Telephone No. (212) 661-9100 | |
| X _____ | X _____ | |
| LaSalle Business Credit, Inc. | | |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: 1735 Market Street, Suite 660, Philadelphia, PA 19103 | Otterbourg, Steindler, Houston & Rosen, PC  Address: 230 Park Avenue, New York, NY 10169  Telephone No. (212) 661-9100 | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Congress Financial Corporation  1133 Ave. of Americas, NY, NY 10036 | See attached Rider | $36,307,274.20 * ** |
| Citibank, N.A.  388 Greenwich Street, NY, NY 10013 | See attached Rider | $22,692,046.38 * ** |
| LaSalle Business Credit, Inc.  1735 Market Street, Suite 660  Philadelphia, PA 19103 | See attached Rider | $18,153,637.10 * ** |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  $77,152,957.68 |

* This does not include interest, costs or other charges due. ** Creditor waives security in an amount necessary to qualify as a petitioning creditor pursuant to Section 303(b) of the Bankruptcy Code.

Name of Debtor: Allou Healthcare, Inc., f/k/a Allou Health & Beauty Care, Inc.

FORM 5 Involuntary Petition (12/02)

Case No _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a)

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)
Name of Petitioner: Congress Financial Corporation
Date Signed: _____
Name & Mailing Address of Individual Signing in Representative Capacity: 1133 Avenue of the Americas, New York, NY 10036

X _____
Signature of Attorney     Date
Name of Attorney Firm (If any): Otterbourg, Steindler, Houston & Rosen, PC
Address: 230 Park Avenue, New York, NY 10169
Telephone No. (212) 661-9100

X _____
Signature of Petitioner or Representative (State title)
Name of Petitioner: Citibank, N.A.
Date Signed: _____
Name & Mailing Address of Individual Signing in Representative Capacity: 388 Greenwich Street, New York, NY 10013

X _____
Signature of Attorney     Date
Name of Attorney Firm (If any): Otterbourg, Steindler, Houston & Rosen, PC
Address: 230 Park Avenue, New York, NY 10169
Telephone No. (212) 661-9100

X _____[signature]____ EVP
Signature of Petitioner or Representative (State title)
Name of Petitioner: LaSalle Business Credit, Inc.
Date Signed: _____
Name & Mailing Address of Individual Signing in Representative Capacity: 1735 Market Street, Suite 660, Philadelphia, PA 19103

X _Jonatha N. Helfat_  4/18/03
Signature of Attorney     Date
Name of Attorney Firm (If any): Otterbourg, Steindler, Houston & Rosen, PC
Address: 230 Park Avenue, New York, NY 10169
Telephone No. (212) 661-9100

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Congress Financial Corporation, 1133 Ave. of Americas, NY, NY 10036 | See attached Rider | $36,307,274.20 * ** |
| Citibank, N.A., 388 Greenwich Street, NY, NY 10013 | See attached Rider | $22,692,046.38 * ** |
| LaSalle Business Credit, Inc., 1735 Market Street, Suite 660, Philadelphia, PA 19103 | See attached Rider | $18,153,637.10 * ** |
| | Total Amount of Petitioners' Claims | $77,152,957.68 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above

* This does not include interest, costs or other charges due pursuant to Section 303(b) of the Bankruptcy Code.
** Creditor waives security in an amount necessary to qualify as a petitioning creditor

1

FORM 5 Involuntary Petition
(12/02)

Name of Debtor: Allou Healthcare, Inc., f/k/a Allou Health & Beauty Care, Inc.

Case No _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _McLagnan_ EVP
Signature of Petitioner or Representative (State title)
Congress Financial Corporation
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
1133 Avenue of the Americas
New York, NY 10036

X _Gorathn N. Helfat_  4/18/03
Signature of Attorney    Date

Name of Attorney Firm (if any)
Otterbourg, Steindler, Houston & Rosen, PC
Address
230 Park Avenue, New York, NY 10169
Telephone No.
(212) 661-9100

---

X _____
Signature of Petitioner or Representative (State title)
Citibank, N.A.
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
388 Greenwich Street
New York, NY 10013

X _____
Signature of Attorney    Date

Name of Attorney Firm (if any)
Otterbourg, Steindler, Houston & Rosen, PC
Address
230 Park Avenue, New York, NY 10169
Telephone No.
(212) 661-9100

---

X _____
Signature of Petitioner or Representative (State title)
LaSalle Business Credit, Inc.
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
1735 Market Street
Suite 660
Philadelphia, PA 19103

X _____
Signature of Attorney    Date

Name of Attorney Firm (if any)
Otterbourg, Steindler, Houston & Rosen, PC
Address
230 Park Avenue, New York, NY 10169
Telephone No.
(212) 661-9100

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Congress Financial Corporation<br>1133 Ave. of Americas, NY, NY 10036 | See attached Rider | $36,307,274.20 * ** |
| Citibank, N.A.<br>388 Greenwich Street, NY, NY 10013 | See attached Rider | $22,692,046.38 * ** |
| LaSalle Business Credit, Inc.<br>1735 Market Street, Suite 660<br>Philadelphia, PA 19103 | See attached Rider | $18,153,637.10 * ** |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above | Total Amount of Petitioners' Claims | $77,152,957.68 |

* This does not include interest, costs or other charges due.  ** Creditor waives security in an amount necessary to qualify as a petitioning creditor pursuant to Section 303(b) of the Bankruptcy Code.

# RIDER TO INVOLUNTARY PETITION

The debtor has unconditionally guaranteed the repayment of monies lent and not repaid when due by the following borrowers, each of which is the subject of a Chapter 11 bankruptcy case pending before this Court:

| **Borrower** | **Case No.** |
|---|---|
| M. Sobol, Inc. | 03-82323 (MLC) |
| Allou Distributors, Inc. | 03-82321 (MLC) |
| Direct Fragrances, Inc. and | 03-82324 (MLC) |
| Standard Personal Care Manufacturing, Inc. | 03-82325 (MLC) |

218021-1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
                                                                  :
                                                                  :
                                                                  :    Chapter 11 Case No.:
In re:  ALLOU HEALTHCARE, INC.,                                   :
  f/k/a ALLOU HEALTH & BEAUTY CARE, INC.,                         :
                                                                  :
                                                                  :
                     Involuntary Chapter 11 Debtor                :
                                                                  :
                                                                  :
------------------------------------------------------------------X

## PARTIAL WAIVER OF CLAIM OF PETITIONING CREDITOR

To The Honorable Judge Presiding in
The United States Bankruptcy Court,
Eastern District of New York:

      Congress Financial Corporation ("Petitioning Creditor"), one of the petitioning creditors in this involuntary Chapter 11 case, hereby represents and alleges as follows:

      1.    Concurrently with the execution and submission of this Partial Waiver of Claim, Petitioning Creditor is one of three (3) creditors to sign an involuntary bankruptcy petition naming Allou Healthcare, Inc., f/k/a Allou Health & Beauty Care, Inc. ("Debtor") as a Chapter 11 debtor.

      2.    Debtor owes Petitioning Creditor, as of the filing date, $36,307,274.20 ("Indebtedness") which Indebtedness is intended to be secured by inventory, accounts receivable and other assets of the Debtor.

      3.    Petitioning Creditor believes, after due inquiry, that a material portion of the assets intended to secure the Indebtedness do not exist, that the assets of the Debtor are insufficient to satisfy Petitioning Creditor's claim against the Debtor and that, therefore, Petitioning Creditor is undersecured.

4. However, to the extent that there is any question that Petitioning Creditor is not a qualified creditor pursuant to Section 303(b) of the Bankruptcy Code with respect to the secured/unsecured status of its claim, it hereby waives its right to its security interests in any assets of the Debtor up to, but not more than, the amount of $5,000.00.

5. Therefore, in conjunction with the other petitioning creditors acting together to commence this case, there is an aggregate of unsecured claims of at least $15,000.00 which amount exceeds the requirements of Section 303(b) of the Bankruptcy Code.

Dated:   New York, New York
         April 18, 2003

                                          CONGRESS FINANCIAL CORPORATION

                                          By: _____ EVP
                                              Signer's Name
                                              1133 Avenue of the Americas
                                              New York, NY 10036

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
:
:
:
:    Chapter 11 Case No.:
In re:  ALLOU HEALTHCARE, INC.,                       :
f/k/a ALLOU HEALTH & BEAUTY CARE, INC.,               :
:
:
:
Involuntary Chapter 11 Debtor   :
:
:
----------------------------------------------------------X

## PARTIAL WAIVER OF CLAIM OF PETITIONING CREDITOR

To The Honorable Judge Presiding in
The United States Bankruptcy Court,
Eastern District of New York:

LaSalle Business Credit, Inc. ("Petitioning Creditor"), one of the petitioning creditors in this involuntary Chapter 11 case, hereby represents and alleges as follows:

1.  Concurrently with the execution and submission of this Partial Waiver of Claim, Petitioning Creditor is one of three (3) creditors to sign an involuntary bankruptcy petition naming Allou Healthcare, Inc., f/k/a Allou Health & Beauty Care, Inc. ("Debtor") as a Chapter 11 debtor.

2.  Debtor owes Petitioning Creditor, as of the filing date, $18,153,637.10 ("Indebtedness") which Indebtedness is intended to be secured by inventory, accounts receivable and other assets of the Debtor.

3.  Petitioning Creditor believes, after due inquiry, that a material portion of the assets intended to secure the Indebtedness do not exist, that the assets of the Debtor are insufficient to satisfy Petitioning Creditor's claim against the Debtor and that, therefore, Petitioning Creditor is undersecured.

215624-1                               -1-

4. However, to the extent that there is any question that Petitioning Creditor is not a qualified creditor pursuant to Section 303(b) of the Bankruptcy Code with respect to the secured/unsecured status of its claim, it hereby waives its right to its security interests in any assets of the Debtor up to, but not more than, the amount of $5,000.00.

5. Therefore, in conjunction with the other petitioning creditors acting together to commence this case, there is an aggregate of unsecured claims of at least $15,000.00 which amount exceeds the requirements of Section 303(b) of the Bankruptcy Code.

Dated: New York, New York
April 1\_, 2003

LASALLE BUSINESS CREDIT, INC.

By: _____  FVP
Signer's Name  David S. Oppenheimer
1735 Market Street
Suite 660
Philadelphia, PA 19103

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                             :

                                                        :          Chapter 11 Case No.:

In re: ALLOU HEALTHCARE, INC.,                 :
    f/k/a ALLOU HEALTH & BEAUTY CARE, INC.,  :

                                                        :

                  Involuntary Chapter 11 Debtor  :

                                                        :
------------------------------------------------------------------X

## PARTIAL WAIVER OF CLAIM OF PETITIONING CREDITOR

To The Honorable Judge Presiding in
The United States Bankruptcy Court,
Eastern District of New York:

       Citibank, N.A. ("Petitioning Creditor"), one of the petitioning creditors in this involuntary Chapter 11 case, hereby represents and alleges as follows:

       1.    Concurrently with the execution and submission of this Partial Waiver of Claim, Petitioning Creditor is one of three (3) creditors to sign an involuntary bankruptcy petition naming Allou Healthcare, Inc., f/k/a Allou Health & Beauty Care, Inc. ("Debtor") as a Chapter 11 debtor.

       2.    Debtor owes Petitioning Creditor, as of the filing date, $22,692,046.38 ("Indebtedness") which Indebtedness is intended to be secured by inventory, accounts receivable and other assets of the Debtor.

       3.    Petitioning Creditor believes, after due inquiry, that a material portion of the assets intended to secure the Indebtedness do not exist, that the assets of the Debtor are insufficient to satisfy Petitioning Creditor's claim against the Debtor and that, therefore, Petitioning Creditor is undersecured.

4.  However, to the extent that there is any question that Petitioning Creditor is not a qualified creditor pursuant to Section 303(b) of the Bankruptcy Code with respect to the secured/unsecured status of its claim, it hereby waives its right to its security interests in any assets of the Debtor up to, but not more than, the amount of $5,000.00.

5.  Therefore, in conjunction with the other petitioning creditors acting together to commence this case, there is an aggregate of unsecured claims of at least $15,000.00 which amount exceeds the requirements of Section 303(b) of the Bankruptcy Code.

Dated:  New York, New York
        April 18, 2003

                                CITIBANK, N.A.

                                By: _____
                                    Signer's Name
                                    388 Greenwich Street
                                    New York, NY 10013

2158241                                -2-

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Allou Healthcare, Inc. fka Allou Health & Beauty Care, Inc    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☑ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: 03-82321    JUDGE: Cyganowski    DISTRICT/DIVISION: EDNY - Central Islip

CASE STILL PENDING (Y/N): Y    *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: Pending
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above):* are affiliates as defined in 11 USC 101(2)

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.: 03-82323    JUDGE: Cyganowski    DISTRICT/DIVISION: EDNY - Central Islip

CASE STILL PENDING (Y/N): Y    *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: Pending
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above):* are affiliates as defined in 11 USC 101(2)

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: 03-82324   JUDGE: Cyganowski   DISTRICT/DIVISION: EDNY- Central Islip

CASE STILL PENDING (Y/N): Y   [If closed] Date of closing: _____

CURRENT STATUS OF RELATED CASE: Pending
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above): are affiliates as defined in 11 USC 101(2)

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): _____

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_____   _____[signature]_____
Signature of Debtor's Attorney       Signature of Pro Se Debtor/Petitioner

230 Park Avenue
Mailing Address of Debtor/Petitioner

New York, New York 10169
City, State, Zip Code

(212)661-9100
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

USBC-2   Rev.02/15/1

ADDENDUM

DISCLOSURE OF RELATED CASES (cont'd)

4. CASE NO.: 03-82325    JUDGE: Cyganowski    DISTRICT/DIVISION: EDNY- Central Islip

CASE STILL PENDING (Y/N): Y    [If closed] Date of closing: _____

CURRENT STATUS OF RELATED CASE: Pending
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above): are affiliates as defined in 11 USC 101(2)

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____